



# MEMORANDUM OPINION

No. 04-11-00399-CV

Dora **ALMAZAN**,
Appellant

v.

**TEXAS LAUREL RIDGE HOSPITAL L.P.** D/B/A Laurel Ridge Treatment Center and
Gundlapalli Surya, M.D.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-10029-A
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  August 3, 2011

DISMISSED FOR WANT OF JURISDICTION

On April 7, 2011, the trial court signed an order granting a motion to sever. The notice of appeal was due to be filed no later than May 9, 2011. *See* TEX. R. APP. P. 26.1, 26.3. A motion for extension of time was due to be filed by May 23, 2011. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant filed a notice of appeal on June 6, 2011.

On June 30, 2011, appellee Gundlapalli Surya, M.D., filed a motion to dismiss for want of jurisdiction.  The motion is granted.  This appeal is dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).  Costs of this appeal are taxed against appellant.


PER CURIAM